United States District Court
Southern District of Texas

**ENTERED**
March 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| John Shen, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | Civil Action H-16-2063 |
| Bankers Insurance Company, | § § § | |
| Defendant. | § | |

## Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2. By June 22, 2017, the parties may move for reinstatement.

3. This court retains jurisdiction to enforce the settlement.

Signed on March 24, 2017, at Houston, Texas.

Lynn N. Hughes   USDJ
United States District Judge