UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 27, 2017
David J. Bradley, Clerk

| | |
|---|---|
| John Shen, *et al.*, | § |
| Plaintiffs, | § |
| *versus* | §  Civil Action H-16-2063 |
| Bankers Insurance Company, | § |
| Defendant. | § |

# Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on June 27, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge